■ VESEY ASSOCIATES, INC., et al., Appellants, v. REGIME REALTY CORP. et al., Respondents.— Judgment, dismissing the complaint on motion for

summary judgment, affirmed on the opinion of Mr. Justice LORETO at Special Term [35 Misc 2d 353]. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.; McNally, J., dissents in part in the following memorandum: I dissent, in part, and vote to modify the judgment by denying summary judgment in favor of defendant Delinsky. This defendant is not a party to the contract which contains the disclaimer as to representations regarding the physical condition of the premises. A question of fact is present as to the extent of the representations allegedly made by Delinsky. The disclaimer establishes the representations, if made, were beyond the scope of Delinsky's authority as an officer of defendant Regime Realty Corp. (*Wittenberg* v. *Robinov,* 9 N Y 2d 261, 264.)